SUPREME COURT OF DELAWARE

| | |
|---|---|
| LISA A. DOLPH<br>*Clerk*<br>_____<br><br>DANIELLE M. DRAKE<br>*Chief Deputy Clerk*<br>JOANNE K. HASTINGS<br>*Senior Court Clerk*<br>BERYL B. NYAMBURI<br>*Senior Court Clerk* | SUPREME COURT BUILDING<br>55 THE GREEN<br>DOVER DE 19901<br><br><br><br>(302) 739-4155 |

June 3, 2024

| | |
|---|---|
| Register in Chancery | New Castle County<br>Kent County<br>Sussex County |
| Prothonotary | New Castle County<br>Kent County<br>Sussex County |
| Court of Common Pleas | New Castle County<br>Kent County<br>Sussex County |
| Family Court | New Castle County<br>Kent County<br>Sussex County |
| State Law Library | New Castle County<br>Kent County<br>Sussex County |

Chief Magistrate
Justice of the Peace Court

Board on Professional Responsibility

Office of Disciplinary Counsel

Unauthorized Practice of Law Subcommittee

Board of Bar Examiners

Commission on Continuing Legal Education

Lawyers' Fund for Client Protection

Administrative Office of the Courts

Attached is a certified copy of the Order dated June 3, 2024, *In The Matter of a Member of the Bar of the Supreme Court of the State of Delaware: Ryan P. Connell,* No. 219, 2024, the Respondent is immediately suspended.

                                                */s/ Lisa A. Dolph*
                                                Lisa A. Dolph
                                                Clerk of the Supreme Court

IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF A MEMBER § | |
| OF THE BAR OF THE SUPREME § | No. 219, 2024 |
| COURT OF THE STATE OF § | |
| DELAWARE: § | ODC File No. 116695-B |
| § | |
| RYAN P. CONNELL, § | |
| Respondent. § | |

Submitted: May 31, 2024
Decided: June 3, 2024

Before **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices.

*PER CURIAM*:

## ORDER

The Court has considered the Office of Disciplinary Counsel's ("ODC") verified petition for interim suspension, and has received sufficient evidence that Ryan P. Connell, Esquire ("Respondent"), a lawyer subject to the disciplinary jurisdiction of this Court, has been charged with a felony.

NOW, THEREFORE, IT IS ORDERED that:

(1) The Respondent is immediately suspended from the practice of law in this State, under Rule 16(a) of the Delaware Lawyers' Rules of Disciplinary Procedure ("DLRDP"), pending the disposition of this matter under the DLRDP.

(2) During the period of interim suspension, the Respondent shall:

    (a) not practice law in Delaware directly or indirectly, nor shall he provide any law-related services unless he is directly supervised by a Delaware lawyer;

    (b) not have any contact, direct or indirect, with clients, prospective clients, witnesses, or prospective witnesses for purposes of the practice of law or the provision of law-related services;

    (c) not attend any court proceeding or ancillary court proceeding on behalf of a client, address a court on behalf of a client, or make any legal argument on behalf of a client;

    (d) not advertise any law or law-related services;

    (e) not independently, or with another lawyer, own, operate, serve as an officer or director of, or share any interest whatsoever, in any law firm, association, corporation, or other business entity, the purpose of which is, in whole or in part, the practice of law;

    (f) not display to the public any indicia that he is a member of a law firm or available to take clients, including any signage, letterhead, or other written forms, websites, social media accounts or other internet web-based pages.

 (g) provide a copy of this Interim Suspension Order to all employers, whose purpose is, in whole or in part, the practice of law, regardless of whether he is a W-2 employee or a 1099 independent contractor;

 (h) fully cooperate with ODC in any efforts to monitor his compliance with this Interim Suspension Order and these conditions;

 (i) report any change in employment (including the name of his employer and job responsibilities) to ODC within ten calendar days of his date of hire; and

 (j) not share in any legal fees arising from clients or cases referred by him during the period of suspension to any other lawyer or in any legal fees earned for services by others during such period of suspension.

(3) This Order shall be made public.

| | |
|---|---|
| State of Delaware | § |
| | § ss. |
| Kent County | § |

I, Lisa A. Dolph, Clerk of the Supreme Court of the State of Delaware, do hereby certify that the foregoing is a true and correct copy of the Order dated June 3, 2024, *In The Matter of a Member of the Bar of the Supreme Court of the State of Delaware: Ryan P. Connell,* No. 219, 2024, as remains on file and of record in said Court.

IN TESTIMONY WHEREOF,

I have hereunto set my hand and affixed the seal of said Court at Dover this 3rd day of June, A.D. 2024.

*/s/Lisa A. Dolph*
Lisa A. Dolph
Clerk of the Supreme Court