IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | MISCELLANEOUS |
| | ) | |
| RYAN P. CONNELL, | ) | |
| | ) | |
| Respondent. | ) | NO. 24-mc-286 |

## ORDER TO SHOW CAUSE

AND NOW, on this __10th__ day of June in 2024, the Court having been made aware of the Delaware Supreme Court's June 3, 2024 Order, (D.I. 1), suspending Respondent,

IT IS HEREBY ORDERED that Respondent file with this Court, within thirty (30) days from the date of this Order, a detailed statement informing this court of any claim by Respondent, predicated upon grounds set forth in Local Rule of Civil Procedure 83.6(b), that the imposition of identical restrictions by this Court would be unwarranted.

_____
Chief Judge Colm F. Connolly,
District Court Judge